# United States Court of Appeals
### For the Eighth Circuit

———————————————

No. 24-3369

———————————————

United States of America

*Plaintiff - Appellee*

v.

Ricardo Nelson Muro

*Defendant - Appellant*

——————————

Appeal from United States District Court
for the District of Nebraska - Omaha

——————————

Submitted: April 28, 2025
Filed: May 1, 2025
[Unpublished]

——————————

Before LOKEN, ERICKSON, and STRAS, Circuit Judges.

——————————

PER CURIAM.

Ricardo Muro appeals the sentence the district court[1] imposed after he pled guilty to a drug offense pursuant to a binding plea agreement containing an appeal

———————————————

[1]The Honorable Brian C. Buescher, United States District Judge for the District of Nebraska.

waiver. His counsel has moved for leave to withdraw and has filed a brief under Anders v. California, 386 U.S. 738 (1967), challenging the sentence.

We conclude that the appeal waiver is applicable to the issues raised in this appeal. See United States v. Scott, 627 F.3d 702, 704 (8th Cir. 2010) (standard of review); United States v. Andis, 333 F.3d 886, 889-92 (8th Cir. 2003) (en banc) (appeal waiver will be enforced if appeal falls within scope of waiver, defendant knowingly and voluntarily entered into plea agreement and waiver, and enforcing waiver would not result in miscarriage of justice).

Having independently reviewed the record pursuant to Penson v. Ohio, 488 U.S. 75 (1988), we find no non-frivolous issues for appeal outside the scope of the appeal waiver. Accordingly, we dismiss this appeal and grant counsel leave to withdraw.

_____